# Exhibit 1

# Copyrighted Work

