# Exhibit 2

# Copyright Assignment Agreement

This Copyright Assignment Agreement ("Agreement") is made and entered into by and between Shepherds Bay Personnel Pty Ltd as trustee for Shepherds Bay Personnel Trust, Level 6, The Precinct, 10 Herb Elliott Ave, Sydney Olympic Park, NSW 2127, Australia, ABN 98 781 372 031 ("Assignor"), and the receiving party Rapid Relief Team (RRT) Ltd, Level 6, 10 Herb Elliott Avenue, Sydney Olympic Park, NSW 2127, Australia, ABN: 61166059392 ("Assignee").

WHEREAS, the Assignor is the sole owner of certain works described below ("Works");

WHEREAS, the Assignor desires to assign all rights, title, and interest in and to the Works to the Assignee;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Assignment of Copyright

In consideration for the Assignee paying the Assignor £1 (one pound sterling, receipt of which is hereby acknowledged), the Assignor hereby assigns to the Assignee: (A) all rights, title, and interest in and to the Works, including all copyrights and/or like rights and any registrations and applications for registration thereof, and all renewals and extensions thereof, throughout the world; and (B) all rights of action and claims, whether accrued or accruing, including without limitation any claims for infringement, misappropriation, or unauthorized use of the copyrights occurring prior to the date of this Agreement, throughout the world; this includes the right to pursue damages, injunctive relief, and any other remedies available under applicable law in respect of any such past, present, or future infringements or violations of the copyrights and/or like rights.

2. Description of Works

The Works assigned under this Agreement comprise the following:

a. Each of the 8 works shown in **Annex 1** hereto, together with any and all preliminary works relating to each of those 8 works, and any and all animations and/or audio-visual works relating to or incorporating any of those 8 works; and
b. All works created, at a time when they were engaged or employed by the Assignor, by **Jose Gilberto Gonzalez D'Oporto** (at the time, of 5 Harewood Grove, Meadows SA 5021) and/or **Rodrigo Clapano** (at the time, of 85 L6 J.S. SUBD. HABAY, BACOOR, CAVITE) that relate to RRT and/or were created on behalf of the Assignee.

3. Warranties and Representations

The Assignor represents and warrants that they are the sole owner of the Works and have full right and authority to enter into this Agreement and to assign the rights herein granted.

4. Governing Law

This Agreement shall be governed by and construed in accordance with the laws of England and Wales.

5. Entire Agreement

This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous agreements and understandings, whether oral or written.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written below.

| | **Assignor** | | **Assignee** |
|---|---|---|---|
| Signature: | Gavin Slack<br>Gavin Slack (Sep 9, 2025 09:42:11 GMT+8) | Signature: | |
| Name: | Gavin Slack | Name: | Richard Grosse |
| Title: | Director \| Shepherds Bay Personnel Pty Ltd | Title: | Director \| Rapid Relief Team (RRT) Ltd |
| Date: | 9/09/2025 | Date: | 9/09/2025 |
| Signature: | | Signature: | John Proctor<br>John Proctor (Sep 9, 2025 13:00:07 GMT+10) |
| Name: | Greg Mason | Name: | John Proctor |
| Title: | Director \| Shepherds Bay Personnel Pty Ltd | Title: | Director \| Rapid Relief Team (RRT) Ltd |
| Date: | 9/09/2025 | Date: | 9/09/2025 |

# Annex 1

rrt RAPID RELIEF TEAM
SUPPORTING LOCAL COMMUNITIES IN TIMES OF NEED

rrt RAPID RELIEF TEAM
SUPPORTING LOCAL COMMUNITIES IN TIMES OF NEED

rrt RAPID RELIEF TEAM
COMMUNITY | COMPASSION | SUPPORT

SMART COOKIE




Smarrt Cookie

COOKIE'S CLEVER BAR

Farmers Community Connect

# Assignment SBP to RRT 2 Sept 2025

Final Audit Report 2025-09-09

| | |
|---|---|
| Created: | 2025-09-09 |
| By: | Melissa Burgess (melissa.burgess@ubteam.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGmkfuqcGp88UUQJfacKrHZyUpGyPCKHe |

## "Assignment SBP to RRT 2 Sept 2025" History

Document created by Melissa Burgess (melissa.burgess@ubteam.com)
2025-09-09 - 0:19:25 AM GMT

Document emailed to gavin.slack@ubteam.com for signature
2025-09-09 - 0:19:30 AM GMT

Document emailed to Greg Mason (greg.mason@ubteam.com) for signature
2025-09-09 - 0:19:30 AM GMT

Document emailed to Rick Grosse (rick.grosse@ubteam.com) for signature
2025-09-09 - 0:19:30 AM GMT

Document emailed to john.proctor@rrtglobal.com for signature
2025-09-09 - 0:19:30 AM GMT

Email viewed by gavin.slack@ubteam.com
2025-09-09 - 0:20:13 AM GMT

Email viewed by Greg Mason (greg.mason@ubteam.com)
2025-09-09 - 0:20:15 AM GMT

Email viewed by Rick Grosse (rick.grosse@ubteam.com)
2025-09-09 - 0:20:17 AM GMT

Document e-signed by Greg Mason (greg.mason@ubteam.com)
Signature Date: 2025-09-09 - 0:26:32 AM GMT - Time Source: server

Signer gavin.slack@ubteam.com entered name at signing as Gavin Slack
2025-09-09 - 1:42:09 AM GMT

Document e-signed by Gavin Slack (gavin.slack@ubteam.com)
Signature Date: 2025-09-09 - 1:42:11 AM GMT - Time Source: server

Document e-signed by Rick Grosse (rick.grosse@ubteam.com)

Signature Date: 2025-09-09 - 1:45:26 AM GMT - Time Source: server

Melissa Burgess (melissa.burgess@ubteam.com) replaced signer john.proctor@rrtglobal.com with john.proctor@rrtglobal.org (john.proctor@rrtglobal.com)

2025-09-09 - 1:59:49 AM GMT

Document emailed to john.proctor@rrtglobal.org (john.proctor@rrtglobal.com) for signature

2025-09-09 - 1:59:50 AM GMT

Melissa Burgess (melissa.burgess@ubteam.com) replaced signer john.proctor@rrtglobal.com with John Proctor (john.proctor@rrtglobal.org)

2025-09-09 - 2:36:00 AM GMT

Document emailed to John Proctor (john.proctor@rrtglobal.org) for signature

2025-09-09 - 2:36:00 AM GMT

Email viewed by John Proctor (john.proctor@rrtglobal.org)

2025-09-09 - 2:36:59 AM GMT

Document e-signed by John Proctor (john.proctor@rrtglobal.org)

Signature Date: 2025-09-09 - 3:00:08 AM GMT - Time Source: server

Agreement completed.

2025-09-09 - 3:00:08 AM GMT