# Exhibit 8

Declaration of Cheryl Bawtinheimer

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd.,<br>Plaintiff and Counterclaim-Defendant,<br>vs.<br>Cheryl Bawtinheimer,<br>Defendant and Counterclaim-Plaintiff,<br>vs.<br>Brown Rudnick LLP, Katy-Jade Church, and Michael Graif,<br>Counterclaim-Defendants. | Case No. 4:25-cv-10864-JST<br><br>**DECLARATION OF CHERYL BAWTINHEIMER** |

I, Cheryl Bawtinheimer, declare as follows:

1. I am the Defendant and Counterclaim-Plaintiff in the above-captioned matter.

2. I have first-hand personal knowledge of the matters set forth herein, and if called upon as a witness, would and could competently testify thereto.

3. This declaration is submitted in support of the Answer and Counterclaim (the "Counterclaim").

4. I am a former Plymouth Brethren Christian Church member, though at the time it was called the Exclusive Brethren.

5. While I was a child member of the PBCC, I was sexually abused and sex trafficked by an Exclusive Brethren/PBCC elder.

6. After leaving the cult, I started the Get-a-Life Podcast ("GAL") on YouTube, in collaboration with other former members.

7. I started GAL to show solidarity with other former PBCC members, to try and



Doc ID: 05286636d63af93d04333d3481bf83194fa7a192

create a community that can act as a support network for those who leave, to provide information about the PBCC, and to comment upon the PBCC to warn the public about this organization.

8. GAL is devoted to revealing hypocrisy in the cult and sharing stories about members who have left and suffered trauma at the hands of the PBCC.

9. A true and correct copy of the GAL YouTube video titled "Lindy expresses her concern regarding the Plymouth Brethren Christian Church's RRT charity" is attached to the Counterclaim as **Exhibit 15**.

10. A true and correct copy of the GAL YouTube video titled "Rapid Relief Team: Hypocrisy & Families Divided at Christmas" is attached to the Counterclaim as **Exhibit 16**.

11. A true and correct copy of the emails I received from YouTube on December 7 and 14 are attached to the Counterclaim as **Exhibit 17**.

12. A true and correct copy of the emails I received from YouTube on December 31 are attached to the Counterclaim as **Exhibit 18**.

13. A true and correct copy of the GAL YouTube video titled "Get A Life Ep. 144 Rapid Relief Team's Branded Trauma: Ex-members Speak Out" is attached to the Counterclaim as **Exhibit 20**.

14. A true and correct copy of the GAL YouTube video titled "Chapter 2 part 1 Rapid Relief Team- Why disaster relief?" is attached to the Counterclaim as **Exhibit 21**.

15. A true and correct copy of the GAL YouTube video titled "Get A Life Ep. 145 Rapid Relief Team: Where's the compassion?- With guest Damian Hastie" is attached to the Counterclaim as **Exhibit 22**.

16. In response to each of the DMCA takedown requests issued by Counterclaim-Defendants Church and Graif on behalf of RRT, YouTube disabled access to the above videos.

17. Removal of these videos caused me monetary harm. While the monetization for



Doc ID: 05286636d63af93d04333d3481bf83194fa7a192

them was minimal, in the tens of dollars, I still suffered a loss of income as a result of these notices.

18. More significantly, I have lost my ability to spread public awareness of RRT and its activities. The above videos contain a significant amount of information warning the general public about RRT, and they have been disabled. If I were to re-upload them, there is a significant likelihood RRT and its counsel would simply issue another copyright strike, and YouTube would not reinstate the videos due to the existence of this lawsuit.

19. Due to RRT's tactics of censorship as shown by this lawsuit and the numerous bad-faith DMCA takedown requests, I also fear that any future videos regarding RRT will be subjected to a takedown request, regardless of whether there is any good-faith basis for claiming such videos infringe RRT's copyrights. Too many copyright strikes on my YouTube channel could result in the channel being disabled entirely, which would be devastating to my ability to report on RRT and the PBCC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 04 / 02 / 2026.

Cheryl Bawtinheimer
Cheryl Bawtinheimer



Doc ID: 05286636d63af93d04333d3481bf83194fa7a192