# Exhibit 18

YouTube Notices of
Reinstatement of Videos

# Re: [LML4IOSVQCH6QP66E6BELBCCBI] New copyright counter notification

| | |
|---|---|
| From | YouTube Copyright <youtube-disputes+2i2ts8ku0wl630h@google.com> |
| To | info.getalife@proton.me |
| Date | Wednesday, December 31st, 2025 at 12:47 AM |

Dear Get A Life Podcast,

In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification.

The following videos have been restored unless you have deleted them:

- http://www.youtube.com/watch?v=HCoFYNL3Rpo

- The YouTube Team

Help Centre • Email options
You have received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Dear Get A Life Podcast,

In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification.

The following videos have been restored unless you have deleted them:

- http://www.youtube.com/watch?v=w7-K6GPUYoI

- The YouTube Team
Help Centre â€¢ Email options
You have received this email to provide information and updates around your YouTube channel or account.

Â© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066