Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>Cheryl Bawtinheimer,<br><br>Defendant and Counterclaim-Plaintiff,<br><br>vs.<br><br>Brown Rudnick LLP, Katy-Jade Church, and Michael Graif,<br><br>Counterclaim-Defendants. | Case No.: 4:25-cv-10864-JST<br>JUDGE: Hon. Jon S. Tigar<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TRANSFERRING ACTION TO THE SOUTHERN DISTRICT OF NEW YORK** |

Plaintiff and Counterclaim-Defendant Rapid Relief Team (RRT) Ltd. ("RRT") and Counterclaim-Defendants Brown Rudnick LLP, Michael Graif, and Katy-Jade Church (collectively, "Counterclaim-Defendants") and Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer ("Bawtinheimer") (collectively, the "Parties") stipulate and agree as follows:

1. RRT filed its original Complaint in this action on December 19, 2025 (ECF No. 1), and filed its First Amended Complaint on January 30, 2026 (ECF No. 7), asserting a single cause

of action for copyright infringement.

2. Bawtinheimer filed her Answer and Counterclaim on April 3, 2026 (ECF No. 26), asserting causes of action for violation of 17 U.S.C. § 512(f) against all Counterclaim-Defendants and for declaratory relief against RRT.

3. On April 4, 2026, Bawtinheimer filed her motion for a preliminary injunction (ECF No. 27).

4. On April 24, 2026, RRT and Brown Rudnick LLP filed a motion to dismiss Bawtinheimer's counterclaim for violation of 17 U.S.C. § 512(f) (ECF No. 33) under Fed. R. Civ. P. 12(b)(6).

5. On June 10, 2026, Michael Graif and Katy-Jade Church filed a motion to dismiss (ECF No. 65) under Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

6. The Court entered a tentative order on June 17, 2026 (ECF No. 66-1), denying Bawtinheimer's motion for a preliminary injunction and RRT and Brown Rudnick LLP's motion to dismiss. All three motions are currently pending.

7. Bawtinheimer resides in Canada. RRT is an Australian entity with its principal place of business in Australia. Brown Rudnick LLP is a law firm with offices in both California and New York. Michael Graif resides in New York. Katy-Jade Church resides in the U.K.

8. The Parties agree that if the case continues to be litigated in this forum, there will be uncertainties regarding personal jurisdiction that, subject to the reservation of rights as to Counterclaim-Defendant Katy-Jade Church, could be avoided if the case is instead transferred to the U.S. District Court for the Southern District of New York (the "SDNY"), and thus it would be more efficient for all Parties if this case were transferred in its entirety to the SDNY.

**IT IS THEREFORE STIPULATED AND AGREED** by and between the Parties, as indicated by the signatures of their counsel below and subject to the Court's approval, that this action be transferred in its entirety, including all pending motions, to the SDNY.

RRT, Brown Rudnick LLP, Michael Graif, and Bawtinheimer consent to the jurisdiction of the SDNY for all claims asserted against them.

Notwithstanding the foregoing, Counterclaim-Defendant Katy-Jade Church reserves her right to renew her challenge as to personal jurisdiction and does not grant her consent to jurisdiction anywhere in the United States.

**IT IS SO STIPULATED.**

Dated: August 21, 2026.

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
8991 W Flamingo Rd., Suite B
Las Vegas, NV 89147

*Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

BROWN RUDNICK LLP

/s/ Daniel A. Rozansky
Daniel A. Rozansky
2121 Avenue of the Stars, Suite 720
Los Angeles, California 90067
Telephone: (424) 525-0200
Facsimile: (424) 525-0201
drozansky@brownrudnick.com

Joel S. Miliband
4 Park Plaza, Suite 420
Irvine, California 92614
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
jmiliband@brownrudnick.com

Michael R. Graif
Seven Times Square
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Katherine C. Dearing (pro hac vice)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

*Attorneys for Plaintiff and Counterclaim-Defendant Rapid Relief Team (RRT) Ltd. and Counterclaim-Defendants Brown Rudnick LLP, Michael Graif, and Katy-Jade Church*

**ORDER**

Based upon the foregoing stipulation of counsel for the Parties, and good cause appearing therefore, the Court hereby orders that this action be transferred in its entirety to the U.S. District Court for the Southern District of New York. Counterclaim-Defendant Katy-Jade Church's right to renew her challenge to personal jurisdiction is preserved, and she does not consent to the jurisdiction of any court in the United States.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: August 28, 2026

U.S. DISTRICT COURT JUDGE