**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>Cheryl Bawtinheimer,<br><br>Defendant and Counterclaim-Plaintiff,<br><br>vs.<br><br>Brown Rudnick LLP, Katy-Jade Church, and Michael Graif,<br><br>Counterclaim-Defendants. | Civil Action No. 1:26-cv-07423-GHW<br><br>**APPEARANCE OF COUNSEL** |

TO: The Clerk of Court and All Parties of Record.

I, Jay M. Wolman, am admitted or otherwise authorized to practice in this Court, and I am entering my appearance in this case as counsel for Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer.

Dated: August 31, 2026.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 88-1776
Email: jmw@randazza.com

*Attorney for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Civil Action No. 1:26-cv-07423-GHW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)