RANDAZZA LEGAL GROUP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/2026

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

**MEMORANDUM ENDORSED**

**4 September 2026**

Via CM/ECF
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Application denied. The Court understands that Defendant will be represented at the October 8, 2026 conference by counsel who will attend in person.

SO ORDERED.

Dated: September 5, 2026

GREGORY H. WOODS
United States District Judge

***Re: Request for Remote Appearance at October 8, 2026, Conference***
***1:26-cv-07423-GHW | Rapid Relief Team (RRT) Ltd. v. Bawtinheimer***

Dear Judge Woods,

I represent Defendant/Counterclaim Plaintiff Cheryl Bawtinheimer in the above-captioned matter. I write to respectfully request that the Court permit me to appear remotely—via Zoom or telephonically—for the status conference currently scheduled for October 8, 2026, at 3:00 p.m. in Courtroom 12C. *See* ECF No. 85.

I am scheduled to undergo surgery on October 7, 2026. Due to medical restrictions and the immediate post-operative recovery process, I will be unable to attend the status conference in person on October 8, 2026. My colleague, Attorney Marc Randazza, who represented Ms. Bawtinheimer in the originating court and who is anticipated to be lead trial counsel, will be seeking *pro hac vice* admission and will be attending the status conference in person.

Counsel for Plaintiff/Counterclaim Defendant consents to my remote appearance.

Ms. Bawtinheimer is not requesting an adjournment. Because there is a pending (fully briefed and argued) motion for a preliminary injunction in this matter (ECF No. 27) to restore Ms. Bawtinheimer's First Amendment rights, she strongly wishes to avoid any delay to the current proceedings. Ms. Bawtinheimer has been awaiting a decision on her motion for months, and adjourning the status conference would be prejudicial.

Thus, I respectfully request that the Court allow my individual participation by remote means.

Thank you for your consideration of this request.

Sincerely,

Jay M. Wolman

cc: Counsel of Record via CM/ECF