USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

RAPID RELIEF TEAM (RRT) LIMITED,

Plaintiff,

-v-

CHERYL BAWTINHEIMER,

Defendant.

-------------------------------------------------------------- X

1:26-cv-7423-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 5, 2026, the Court held a hearing with respect to Defendant's motion for a preliminary injunction. For the reasons stated on the record during the hearing, Defendant's motion is granted in part. The basis for the Court's ruling is set forth in the transcript of the November 5, 2026 hearing.

Plaintiff is ordered, by no later than November 9, 2026, to withdraw all DMCA takedown notices submitted to YouTube concerning the following four videos: "Lindy expresses her concern regarding the Plymouth Brethren Christian Church's RRT charity," "Rapid Relief Team: Hypocrisy & Families Divided at Christmas," "Get A Life Ep. 144 Rapid Relief Team's Branded Trauma: Ex-members Speak Out," and "Get A Life Ep. 145 Rapid Relief Team: Where's the compassion?- With guest Damian Hastie." Plaintiff is ordered to file proof of the withdrawal by no later than November 12, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated: November 5, 2026
New York, New York

GREGORY H. WOODS
United States District Judge