**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>Cheryl Bawtinheimer,<br><br>Defendant and Counterclaim-Plaintiff,<br><br>vs.<br><br>Brown Rudnick LLP, Katy-Jade Church, and Michael Graif,<br><br>Counterclaim-Defendants. | Civil Action No. 1:26-cv-07423-GHW<br><br>**NOTICE OF APPEAL** |

Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer, hereby gives notice that she appeals to the United Staes Court of Appeals for the Second Circuit from the Order (ECF No. 107) dated November 5, 2026, to the extent it denied her motion for a preliminary injunction.

Dated: November 10, 2026.

Respectfully Submitted,

*/s/ Marc J. Randazza*

Marc J. Randazza (JW0600)
jmw@randazza.com
Marc J. Randazza (*Pro Hac Vice*)
ecf@randazza.com
Alex J. Shepard (*Pro Hac Vice*)
ajs@randazza.com
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776

*Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Civil Action No. 1:26-cv-07423-GHW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Marc J Randazza*
Marc J. Randazza