**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

*Rapid Relief Team (RRT) Ltd.*,

Plaintiff and Counterclaim-Defendant

v.

*Cheryl Bawtinheimer*,

Defendant and Counterclaim-Plaintiff

v.

*Brown Rudnick LLP and Michael Graif*,

Counterclaim-Defendants.

Case No. 1:26-cv-07423-GHW

**NOTICE OF COMPLIANCE**

Plaintiff and Counterclaim-Defendant Rapid Relief Team (RRT) Ltd. ("RRT"), Counterclaim-Defendants Brown Rudnick LLP ("Brown Rudnick"), and Michael Graif ("Graif") (collectively, "Counterclaim-Defendants"), pursuant to the Court's Order at Dkt. No. 107, hereby attaches as Exhibit A proof of withdrawal of all DMCA takedown notices submitted to YouTube concerning the following four videos: "Lindy expresses her concern regarding the Plymouth Brethren Christian Church's RRT charity," "Rapid Relief Team: Hypocrisy & Families Divided at Christmas," "Get A Life Ep. 144 Rapid Relief Team's Branded Trauma: Ex-members Speak Out," and "Get A Life Ep. 145 Rapid Relief Team: Where's the compassion?- With guest Damian Hastie." At the time of filing, all of the videos appear to be available at their original addresses on YouTube.

[*Signature Page Follows*]

Dated: November 12, 2026

Respectfully submitted,

**BROWN RUDNICK LLP**

*/s/ Michael R. Graif*

Michael R. Graif
Seven Times Square
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Joel S. Miliband (*pro hac vice to be filed*)
4 Park Plaza, Suite 420
Irvine, CA 92614
Tel.: 949-752-7100
jmiliband@brownrudnick.com

Daniel A. Rozansky (*pro hac vice to be filed*)
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
drozansky@brownrudnick.com

Katherine C. Dearing (*pro hac vice*)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

*Attorneys for Plaintiff and Counterclaim-Defendants Rapid Relief Team (RRT) Ltd., Brown Rudnick LLP, and Michael Graif*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all counsel of record via the Court's ECF notification system on November 12, 2026.

*/s/ Michael R. Graif*
Michael R. Graif