USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

RAPID RELIEF TEAM (RRT) LTD.,

Plaintiff,

-v-

CHERYL BAWTINHEIMER,

Defendant.

------------------------------------------------------------------ X

1:26-cv-7423-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In light of parties' appeals from the Court's November 5, 2026 order granting in part and denying in part Defendant's motion for a preliminary injunction, the initial pretrial conference scheduled for December 3, 2026 and associated deadlines are adjourned *sine die*.

SO ORDERED.

Dated: November 25, 2026

GREGORY H. WOODS
United States District Judge